SHARI L. GREENBERGER, CSBN 180438
SARA ZALKIN, CSBN 223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JOSE CASTELLANOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CASTELLANOS,

    Defendant.
_____/

CR 04-40148 DLJ

STIPULATION AND [~~PROPOSED~~]
ORDER RE: HEARING DATE

At the request of the parties, the Court enters this order (a) continuing the status hearing presently set for Friday, June 15, 2007 at 9:00 to July 20, 2007; and (b) excluding time under the Speedy Trial Act from June 15, 2007 to August 3, 2007, based on the following:

1. Defendant JOSE CASTELLANOS, who is currently free on secured bond, has filed a pending motion to quash the search warrants relevant to the indictment in the above-entitled matter, which has been deferred.

2. A further status hearing before this Court is presently set for Friday, June 15, 2007, at 9:00 a.m.;

3. Counsel for the government, along with counsel for

1

1  Mr. Castellanos, have been engaged in discussions and
2  negotiations to resolve the matter short of trial;
3      4.  Given defense counsel's unavailability due to her
4  involvement in trial in the matter of the <u>United States v.
5  Edward Rosenthal</u> (CR-02-0053 CEB), another brief continuance is
6  requested.  The parties are committed to resolving this matter
7  by way of a change of plea on August 3, 2007 if the date is
8  available with the Court.
9      THEREFORE, IT IS STIPULATED by and between parties, and
10 agreed hereto, that the further status hearing be continued from
11 June 15, 2007 at 9:00 until August 3, 2007 at 9:00, with the
12 pending Motion to Quash to remain in deferred status, with time
13 continuing to be excluded based on the pendency of the motion,
14 pursuant to 18 U.S.C. § 3161 (h)(8)(A) & (B)(i) & (iv), such
15 that the ends of justice served by granting such a continuance
16 outweigh the best interests of the public and the defendant in a
17 speedy trial.

18  **IT IS SO STIPULATED.**

20  _____        _____ 6/6/07
    SHARI L. GREENBERGER             TIMOTHY J. LUCEY, AUSA
21  Attorney for                     Dated:
    JOSE CASTELLANOS
22  Dated:

23  **IT IS SO ORDERED.**

24  Dated: 6-11-07

25                                   _____
                                     HON. D. LOWELL JENSEN
26                                   U.S. District Court Judge

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

v.

Jose Castellanos,

        Defendant.

Case Number: CR04-40148-11- DLJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sara Zalkin
Law Office of Sara Zalkin
506 Broadway
San Francisco, CA 94133

Shari Lynn Greenberger
506 Broadway
San Francisco, CA 94133

Timothy Joseph Lucey
U. S. Attorney's Office
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102

Dated: June 11, 2007

                                          Richard W. Wieking, Clerk

                                          By: Frances Stone, Deputy Clerk