SHARI L. GREENBERGER, CSBN 180438
SARA ZALKIN, CSBN 223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JOSE CASTELLANOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 04-40148 DLJ |
| v. | STIPULATION AND **ORDER** RE: HEARING DATE |
| JOSE CASTELLANOS, | |
| Defendant. | |

   At the request of the parties, the Court enters this order (a) continuing the status hearing presently set for Friday, August 3, 2007 at 9:00 to November 2, 2007; and (b) excluding time under the Speedy Trial Act from August 3, 2007, based on the following:

   1.   Defendant JOSE CASTELLANOS, who is currently free on secured bond, has filed a pending motion to quash the search warrants relevant to the indictment in the above-entitled matter, which has been deferred.

   2.   The parties have engaged in and continue to engage in substantive discussions to resolve this matter short of litigation of motions and trial.

1       3.   A status hearing before this Court is
2  presently set for Friday, August 3, 2007, at 9:00 a.m.
3       4.   The parties met and conferred on June 7, 2007.  The
4  defense tendered a specific proposal which is presently under
5  consideration by the government.
6       5.   As a decision has not yet been reached, additional
7  time is requested in furtherance of the ultimate resolution of
8  this matter, deemed a "complex case" from its inception.
9       6.   With respect to continuity of counsel, defense
10 attorney Shari Greenberger is getting married in early September
11 and will not be returning until mid-October.
12      7.   Accordingly, the parties hereby request that this
13 matter be continued from Friday, August 3, 2007, until Friday,
14 November 2, 2007, at 9:00 a.m. for a prospective change of plea.
15      8.   The parties stipulate that the time is excludable from
16 the time limitations of the Speedy Trial Act because the
17 interests of justice are served by granting a continuance.  This
18 continuance, requested by the parties, will permit continuity of
19 counsel, and allow the reasonable time necessary for effective
20 preparation, taking into account the exercise of due diligence.
21 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).
22      9.   Further, time is excluded pursuant to 18 U.S.C.
23 sections 3161 (h)(1)(F) predicated upon the defendant's pending
24 Motion to Quash, which excludes delay resulting from any pre-
25 trial motion from the filing of the motion through the conclu-
26 sion of the hearing or other prompt disposition of such motion.
27      THEREFORE, IT IS STIPULATED by and between parties, and
28 agreed hereto, that the further status hearing be continued from

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2

1  August 3, 2007 at 9:00 until November 2, 2007 at 9:00, with time
2  continuing to be excluded as specified above, such that the ends
3  of justice served by granting such a continuance outweigh the
4  best interests of the public and the defendant in a speedy
5  trial.
6       Dated:  July 31, 2007


8   /s/ SHARI L. GREENBERGER            /s/ TIMOTHY J. LUCEY
    SHARI L. GREENBERGER                TIMOTHY J. LUCEY
9   Attorney for JOSE CASTELLANOS       Assistant U.S. Attorney

13      **IT IS SO ORDERED.**
14      Dated: August 1, 2007
15                                      _____
16                                      D. LOWELL JENSEN, Judge
                                        United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331