SHARI L. GREENBERGER, SBN 180438
SARA ZALKIN, SBN 223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JOSE CASTELLANOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSE CASTELLANOS,

    Defendant.
_____/

CR 04-40148 DLJ

STIPULATION AND ORDER TO
<u>CONTINUE STATUS HEARING</u>

Date:  November 2, 2007
Time:  9:00 a.m.

    At the request of the parties, the Court enters this order (a) continuing the status hearing presently set for Friday, November 2, 2007 at 9:00 a.m. to December 14, 2007 at 9:00 a.m.; and (b) excluding time under the Speedy Trial Act from November 2, 2007, based on the following:

    1.   Defendant JOSE CASTELLANOS, who is currently free on secured bond, has a pending motion to quash the search warrants relevant to the indictment in the above-entitled matter, which has been deferred.

    2.   The parties have engaged in and continue to engage in substantive discussions to resolve this matter short of litigation of motions and trial.

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1    3.   A status hearing is presently set for Friday, November
2  2, 2007, at 9:00 a.m.
3    4.   The parties met and conferred on June 7, 2007.  The
4  defense tendered a specific proposal to resolve this case which
5  is still under consideration by the government.
6    5.   As a decision has not yet been reached, additional
7  time is requested in furtherance of the ultimate resolution of
8  this matter, deemed a "complex case" from its inception.
9    6.   With respect to continuity of counsel, defense
10 attorney Shari White, formerly Greenberger, has just returned
11 from her honeymoon and this settlement is still under
12 consideration by the United States Attorneys Office.
13   7.   Accordingly, the parties hereby request that this
14 matter be continued from Friday, November 2, 2007, until Friday,
15 December 14, 2007, at 9:00 a.m. for a prospective change of
16 plea.
17   8.   The parties stipulate that time is excludable from the
18 limitations of the Speedy Trial Act because the interests of
19 justice are served by granting a continuance.  This continuance,
20 requested by the parties, will permit continuity of counsel, and
21 allow the reasonable time necessary for effective preparation,
22 taking into account the exercise of due diligence.  18 U.S.C.
23 sections 3161(h)(8)(A) and (B)(iv).
24   9.   Time is further excluded pursuant to 18 U.S.C.
25 sections 3161 (h)(1)(F) predicated upon the defendant's pending
26 Motion to Quash, which excludes delay resulting from any pre-
27 trial motion from the filing of the motion through the conclu-
28 sion of the hearing or other prompt disposition of such motion.

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2

1     THE PARTIES THEREFORE STIPULATE that the further status
2 hearing be continued from November 2, 2007, until 9:00 a.m. on
3 December 14, 2007, with time continuing to be excluded as
4 specified above, such that the ends of justice served by
5 granting such a continuance outweigh the best interests of the
6 public and the defendant in a speedy trial.

7     Dated: October 31, 2007

9 /s/ SHARI L. GREENBERGER          /s/ TIMOTHY J. LUCEY
  SHARI L. WHITE                    TIMOTHY J. LUCEY
10 Attorney for JOSE CASTELLANOS     Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: 11/1/07

_____
D. LOWELL JENSEN, Judge
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331