SHARI L. WHITE, SBN 180438
SARA ZALKIN, SBN 223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JOSE CASTELLANOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOSE CASTELLANOS,

        Defendant.
_____/

CR 04-40148 DLJ

STIPULATION AND ORDER TO
CONTINUE STATUS HEARING

Date:  December 14, 2007
Time:  9:00 a.m.

At the request of the parties, the Court enters this order (a) continuing the status hearing presently set for Friday, December 14, 2007 at 9:00 a.m. to February 29, 2008 at 9:00 a.m.; and (b) excluding time under the Speedy Trial Act from December 14, 2007, based on the following:

1.  Defendant JOSE CASTELLANOS, who is currently free on secured bond, has a pending motion to quash the search warrants relevant to the indictment in the above-entitled matter, which has been deferred.

2.  The parties have engaged in and continue to engage in substantive discussions to resolve this matter short of litigation of motions and trial.

3.   A status hearing is presently set for Friday, December 14, 2007, at 9:00 a.m.

4.   Of the eleven individuals charged under the initial indictment herein, it appears that eight have managed to reach resolution.

5.   In furtherance of settlement, Mr. Castellanos retained sentencing expert Dayle Carlson, who prepared a seven-page report that defense counsel tendered to the prosecution, along with a ten-page "Confidential Settlement Conference Statement."

6.   The parties met and conferred on June 7, 2007.  The defense tendered a specific proposal to resolve this case, which is under submission to the government for consideration; however, the government has not accepted or in any way agreed to said proposal.

7.   Accordingly, the parties agree that additional time is necessary, and furthermore, believe in good faith that they can resolve this matter short of litigation/trial.

8.   Accordingly, the parties hereby request that this matter be continued from Friday, December 14, 2007, until Friday, February 29, 2008, at 9:00 a.m. for a prospective change of plea.

9.   Mr. Castellanos' attorneys, Shari White and Sara Zalkin, are out of the office from December 19 through January 11 collectively and therefore not available to meet and confer with the government during that time.

10.  The parties stipulate that time is excludable from the limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.  This continuance,

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1   requested by the parties, will permit continuity of counsel, and

2   allow the reasonable time necessary for effective preparation,

3   taking into account the exercise of due diligence.  18 U.S.C.

4   sections 3161(h)(8)(A) and (B)(iv).

5      11.  Time is further excluded pursuant to 18 U.S.C.

6   sections 3161 (h)(1)(F) predicated upon the defendant's pending

7   Motion to Quash, which excludes delay resulting from any pre-

8   trial motion from the filing of the motion through the conclu-

9   sion of the hearing or other prompt disposition of such motion.

10      THE PARTIES THEREFORE STIPULATE that the further status

11   hearing be continued from December 14, 2007, until 9:00 a.m. on

12   February 29, 2008, with time continuing to be excluded as

13   specified above, such that the ends of justice served by

14   granting such a continuance outweigh the best interests of the

15   public and the defendant in a speedy trial.

16      Dated: December 10, 2007

17

18   _/s/ SHARI L. WHITE_____      _/s/ TIMOTHY J. LUCEY_____

19   SHARI L. WHITE             TIMOTHY J. LUCEY
      Attorney for JOSE CASTELLANOS   Assistant U.S. Attorney

20

21

22      **IT IS SO ORDERED.**

23      Dated: December 14, 2007

24                          _____

25                          D. LOWELL JENSEN, Judge
                          United States District Court

26

27

28