```
 1  SHARI L. WHITE, SBN 180438
    SARA ZALKIN, SBN 223044
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    JOSE CASTELLANOS
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 9                        OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,

12           Plaintiff,            CR 04-40148 DLJ

13     v.                          STIPULATION AND ORDER TO
                                   CONTINUE STATUS HEARING
14  JOSE CASTELLANOS,
                                   Date:  February 29, 2008
15           Defendant.            Time:  9:00 a.m.
    _____/
16

17      At the request of the parties, the Court enters this order

18  (a) continuing the status hearing presently set for Friday,

19  February 29, 2008 at 9:00 a.m. to May **9**, 2008 at 9:00 a.m.; and

20  (b) excluding time under the Speedy Trial Act from February 29,

21  2008, based on the following:

22      1.   Defendant JOSE CASTELLANOS, who is currently free on

23  secured bond, has a pending motion to quash the search warrants

24  relevant to the indictment in the above-entitled matter, which

25  has been deferred.

26      2.   The parties have engaged in and continue to engage in

27  substantive discussions to resolve this matter short of

28  litigation of motions and trial.

                                   1
```

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1    3.    A status hearing is presently set for Friday, February 29, 2008, at 9:00 a.m.

4.    Of the eleven individuals charged under the initial indictment herein, it appears that eight have managed to reach resolution.

5.    In furtherance of settlement, defense counsel recently provided the government with an evaluation of Mr. Castellanos by Eugene Schoenfeld, M.D., a certified addiction specialist.

6.    The government is reviewing the recently submitted material and the parties have scheduled a meeting for April 2, 2008 to further discuss resolution.

7.    The Court had previously referred the parties to a settlement conference with Magistrate Larson.

8.    The parties initially hoped to avoid involving the Court if possible.

9.    However, at this stage the parties are in the process of scheduling a settlement conference approximately two weeks after their April 2, 2008.

10.    The April 2, 2008 meeting will either (1) serve as a basis for a draft plea agreement; or (2) distill the positions of each party to maximize the focus of the settlement conference.

11.    Accordingly, the parties agree that additional time is necessary, and furthermore, believe in good faith that they can resolve this matter short of litigation/trial.

12.    Wherefore, the parties hereby request that this matter be continued from Friday, February 29, 2008 **until Friday, May 9, 2008, at 9:00 a.m.**

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

13. The parties stipulate that time is excludable from the limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance. This continuance, requested by the parties, will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

13. Time is further excluded pursuant to 18 U.S.C. sections 3161 (h)(1)(F) predicated upon the defendant's pending Motion to Quash, which excludes delay resulting from any pre-trial motion from the filing of the motion through the conclusion of the hearing or other prompt disposition of such motion.

THE PARTIES THEREFORE STIPULATE that the further status hearing be continued from February 29, 2008, until 9:00 a.m. on May 9, 2008, with time continuing to be excluded as specified above, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 21, 2008

/s/ SHARI L. WHITE                     /s/ TIMOTHY J. LUCEY
SHARI L. WHITE                         TIMOTHY J. LUCEY
Attorney for JOSE CASTELLANOS          Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: **February 27, 2008**

_____
D. LOWELL JENSEN, Judge
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331