SHARI L. WHITE, SBN 180438
SARA ZALKIN, SBN 223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JOSE CASTELLANOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                CR 04-40148 DLJ

    v.                        STIPULATION AND ORDER TO
                              CONTINUE STATUS HEARING
JOSE CASTELLANOS,
                              Date: May 16, 2008
    Defendant.          Time: 9:00 a.m.
_____/

    At the request of the parties, the Court enters this order (a) continuing the status hearing presently set for Friday, May 16, 2008 at 9:00 a.m. to August 1, 2008 at 9:00 a.m.; and (b) excluding time under the Speedy Trial Act from May 16, 2008, based on the following:

    1.   Defendant JOSE CASTELLANOS, who is currently free on secured bond, has a pending motion to quash the search warrants relevant to the indictment in the above-entitled matter, which has been deferred.

    2.   The parties have engaged in and continue to engage in substantive discussions to resolve this matter short of litigation of motions and trial.

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1

1	3.	A status hearing is presently set for Friday, May 16,
2	2008, at 9:00 a.m.
3	4.	Since the last stipulation, the parties were scheduled
4	to meet on April 2, 2008 to further discuss resolution, and
5	mutually contemplated a settlement conference with Magistrate
6	Larson to follow if necessary.
7	5.	Counsel for the government did contact Magistrate
8	Larson's clerk in an attempt to schedule the settlement
9	conference and received alternative dates that the Court was
10	available; however, between the three attorneys there were
11	numerous scheduling obstacles.
12	6.	The parties agree that it is necessary to meet and
13	confer in the hope of drafting a plea agreement; or at a minimum
14	distill the positions of each party to maximize the focus of the
15	settlement conference.
16	7.	Accordingly, the parties agree that additional time is
17	necessary, and furthermore, believe in good faith that they can
18	resolve this matter short of litigation/trial.
19	8.	Wherefore, the parties hereby request that this
20	matter be continued from Friday, May 16, 2008 until Friday,
21	August 1, 2008, at 9:00 a.m.
22	9.	The parties stipulate that time is excludable from the
23	limitations of the Speedy Trial Act because the interests of
24	justice are served by granting a continuance.  This continuance,
25	requested by the parties, will permit continuity of counsel, and
26	allow the reasonable time necessary for effective preparation,
27	taking into account the exercise of due diligence.  18 U.S.C.
28	sections 3161(h)(8)(A) and (B)(iv).

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2

10. Time is further excluded pursuant to 18 U.S.C. sections 3161 (h)(1)(F) predicated upon the defendant's pending Motion to Quash, which excludes delay resulting from any pre-trial motion from the filing of the motion through the conclusion of the hearing or other prompt disposition of such motion.

THE PARTIES THEREFORE STIPULATE that the further status hearing be continued from May 16, 2008, until 9:00 a.m. on August 1, 2008, with time continuing to be excluded as specified above, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 15, 2008

/s/ SHARI L. WHITE
SHARI L. WHITE
Attorney for JOSE CASTELLANOS

/s/ TIMOTHY J. LUCEY
TIMOTHY J. LUCEY
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: May 15, 2008

_____
D. LOWELL JENSEN, Judge
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

3