1    SHARI L. WHITE, SBN 180438
     SARA ZALKIN, SBN 223044
2    506 Broadway
     San Francisco CA 94133
3    Telephone: 415/986-5591

4    Attorneys for Defendant
     JOSE CASTELLANOS

5

6

7

8                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA
9                         OAKLAND DIVISION

10

11   UNITED STATES OF AMERICA,

12        Plaintiff,              CR 04-40148 DLJ

13        v.                      STIPULATION AND ORDER TO
                                  CONTINUE STATUS HEARING
14   JOSE CASTELLANOS,

15        Defendant.
     _____/
16

17        At the request of the parties, the Court enters this order

18   (a) continuing the status hearing presently set for August 1,

19   2008, to January 16, 2009, or to another date convenient to the

20   Court and parties; and (b) excluding time under the Speedy Trial

21   Act from August 1, 2008, based on the following:

22        1.   Defendant JOSE CASTELLANOS, who is currently free on

23   secured bond, has filed a pending motion to quash the search

24   warrants relevant to the indictment in the above-entitled

25   matter, which has been deferred.

26        2.   The parties have engaged in and continue to engage in

27   substantive discussions to resolve this matter short of

28   litigation of motions and trial.

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

                              1

3.   A status hearing is presently set for Friday, August 1, 2007, at 9:00 a.m.

4.   Based on a number of issues, the parties have not yet been able to schedule a settlement conference with Magistrate Larson to further discuss resolution.

5.   The parties agree that it is necessary to meet and confer in the hopes of drafting a plea agreement; or at a minimum distill the positions of each party to maximize the focus of the settlement conference.

6.   There are numerous scheduling obstacles.  Ms. Zalkin is currently in jury trial.  Mr. Lucey is heavily involved in preparing for a complex trial.  Ms. White is in the last month of pregnancy and plans to take a four-month maternity leave.

7.   Accordingly, the parties agree that additional time is necessary, and furthermore believe in good faith that they can resolve this matter short of litigation/trial.

8.   Wherefore, the parties hereby request that this matter be continued to January 16, 2009, or to another convenient date.

9.   The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.  This continuance, requested by the parties, will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

10.  Time is further excluded pursuant to 18 U.S.C. section 3161(h)(1)(F) predicated upon the defendant's pending Motion to Quash, which excludes delay resulting from any pre-

1   trial motion from the filing of the motion through the conclu-

2   sion of the hearing or other prompt disposition of such motion.

3        THE PARTIES THEREFORE STIPULATE that the status hearing be

4   continued from August 1, 2008, with time continuing to be

5   excluded as specified above, such that the ends of justice

6   served by granting such a continuance outweigh the best

7   interests of the public and the defendant in a speedy trial.

8        Dated:  July 23, 2008

9

10   /s/ SHARI L. WHITE              /s/ TIMOTHY J. LUCEY
     SHARI L. WHITE                 TIMOTHY J. LUCEY
11   Attorney for JOSE CASTELLANOS  Assistant U.S. Attorney

12

13                          **ORDER**

14        Good cause appearing, and based upon the stipulation of the

15   parties,

16        **IT IS HEREBY ORDERED** that the status hearing in this matter

17   is continued to  **August 29, 2008**  , at the hour of **9:00 a.m.**

18   and that time is excluded as stipulated.

19        Dated: July 30, 2008

20

21                          _____

22                          D. LOWELL JENSEN, Judge
                            United States District Court

23

24

25

26

27

28

                          3