SHARI L. WHITE, SBN 180438
SARA ZALKIN, SBN 223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JOSE CASTELLANOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE CASTELLANOS,<br><br>    Defendant.<br>_____/ | CR 04-40148 DLJ<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS HEARING |

At the request of the parties, the Court enters this order (a) continuing the status hearing presently set for November 7, 2008, to December 12, 2008 at 1:00 p.m. (specially set); and (b) excluding time under the Speedy Trial Act from November 7, 2008, based on the following:

1. Since the last call of the case, counsel met and conferred on October 24, 2008 and then met with Magistrate Larson on October 30, 2008.

2. As a result of these discussions, counsel have agreed upon the offense of conviction and have tentatively agreed upon the base offense level for purposes of Guidelines calculations.

3. The parties contemplate that the plea agreement will

be pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure.

   4.   A status hearing is presently set for Friday, November 7, 2008, at 9:00 a.m.

   5.   There are aspects of the contemplated plea agreement that still need to be finalized, and counsel for the government will need to obtain supervisorial approval.

   6.   Accordingly, the parties mutually request that the November 7, 2008, date be vacated and that the matter be continued to December 12, 2008 for a specially set change of plea (at 1:00 p.m).

   7.   The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance. This continuance, requested by the parties, will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

   THE PARTIES THEREFORE STIPULATE that the status hearing be continued from November 7, 2008, to December 12, 2008 with time continuing to be excluded as specified above, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

   Dated: November 4, 2008

| /s/ SHARI L. WHITE | /s/ TIMOTHY J. LUCEY |
|---|---|
| SHARI L. WHITE | TIMOTHY J. LUCEY |
| Attorney for JOSE CASTELLANOS | Assistant U.S. Attorney |

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

## ORDER

Good cause appearing, and based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to December 12, 2008, at the hour of 1:00 p.m. and that time is excluded as stipulated.

Dated: November 4, 2008

_____
D. LOWELL JENSEN, Judge
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331