SHARI L. WHITE, SBN 180438
SARA ZALKIN, SBN 223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JOSE CASTELLANOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,               CR 04-40148 DLJ

  v.                            STIPULATION AND ORDER TO
                                  CONTINUE STATUS HEARING
JOSE CASTELLANOS,

    Defendant.
_____/

    At the request of the parties, the Court enters this order (1) continuing the hearing presently set for March 20, 2009, at 11:00 a.m. to May 8, 2009 at 11:00 a.m., for change of plea; and (2) excluding time under the Speedy Trial Act from March 20, 2009, based on the following:

    1.  Since the last appearance before this Court on December 12, 2008, the parties have independently been reconstructing a financial analysis of documents relevant to material provisions of the contemplated plea agreement. This process has been complicated by the age of the relevant documents and financial records.

    2.  On March 16, 2009, the government provided financial records and discovery pertaining to Mr. Castellanos to the

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1

defense.  This material is being copied and will need to be reviewed and analyzed by the defense team (including sentencing expert Dayle Carlson) and with the defendant.

3.  As indicated to this Court in the prior stipulation, the financial aspect of the case is essentially the only remaining component of a plea agreement that the parties have not yet reached mutual assent.  Both parties have made efforts to locate (within all of the seized documents) copies of checks/checkstubs that defense counsel maintains in good faith will be materially relevant to this last substantive agreement.

4.  The government has been diligent in producing the materials described in paragraph 2, *supra*, and defense counsel are trying to assist in obtaining these dated records, notwithstanding information and belief that the financial institution does not maintain the relevant customer records beyond five to seven years.

5.  As before, counsel are generally in agreement upon the offense of conviction and have tentatively agreed upon the base offense level for purposes of Guidelines calculations.

6.  A draft plea agreement is contemplated immediately upon resolution of the financial component of this case, which is the only issue which remains unresolved.

7.  The parties are mindful of the relative age of the case; sincerely appreciate the Court's patience; and are eager to see this matter go forward.

8.  Accordingly, the parties mutually request that the March 20, 2009, date be vacated and that the matter be continued to May 8, 2009 at 11:00 a.m. for change of plea.

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2

10. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance. This continuance, requested by the parties, will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

THE PARTIES THEREFORE STIPULATE that the hearing for change of plea be continued from March 20, 2009 to May 8, 2009, with time continuing to be excluded as specified above, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 17, 2009

/s/ SHARI L. WHITE                    /s/ TIMOTHY J. LUCEY
SHARI L. WHITE                        TIMOTHY J. LUCEY
Attorney for JOSE CASTELLANOS         Assistant U.S. Attorney

### ORDER

Good cause appearing, and based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the hearing in this matter is continued to May 8, 2009, at the hour of 11:00 a.m. and that time is excluded as stipulated.

Dated: March 19, 2009

D. LOWELL JENSEN, Judge
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331