SHARI L. WHITE, SBN 180438
SARA ZALKIN, SBN 223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JOSE CASTELLANOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSE CASTELLANOS,

    Defendant.
_____/

CR 04-40148 DLJ

STIPULATION AND ORDER TO
<u>CONTINUE STATUS HEARING</u>

    At the request of the parties, the Court enters this order (1) continuing the hearing presently set for May 8, 2009, at 11:00 a.m. to July 10, 2009 at 9:00 a.m., for change of plea; and (2) excluding time under the Speedy Trial Act from May 8, 2009, based on the following:

    1.   Since the last appearance before this Court on December 12, 2008, the parties have independently been reconstructing a financial analysis of documents relevant to material provisions of the contemplated plea agreement. This process has been complicated by the age of the relevant documents and financial records, and inability to retrieve said documents through the course of voluntary process.

    2.   On March 16, 2009, the government provided further

financial records and discovery pertaining to Mr. Castellanos to the defense. This material is being reviewed and analyzed by the defense team (including sentencing expert Dayle Carlson) and with the defendant.

3. As indicated to this Court in the prior stipulation, the financial aspect of the case is essentially the only remaining component of a plea agreement that the parties have not yet reached mutual assent. Both parties have made efforts to locate (within all of the seized documents) copies of checks/checkstubs that defense counsel maintains in good faith will be materially relevant to this last substantive agreement.

4. The government has been diligent in producing the materials described in paragraph 2, *supra*, and defense counsel are trying to assist in obtaining these dated records, notwithstanding information and belief that the financial institution does not maintain the relevant customer records beyond five to seven years.

5. As before, counsel are generally in agreement upon the offense of conviction and have tentatively agreed upon the base offense level for purposes of Guidelines calculations.

6. A draft plea agreement is contemplated immediately upon resolution of the financial component of this case, which is the only issue which remains unresolved.

7. The parties are mindful of the relative age of the case; sincerely appreciate the Court's patience; and are eager to see this matter go forward to final resolution.

8. Some of the materials the defense has been trying to obtain still however remains outstanding and cannot be obtained

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1 through voluntary process. Therefore the issuance of Rule 17
2 subpoenas to third parties, such as financial institutions, will
3 be requested of this Court to help facilitate resolution of
4 these outstanding financial issues.

5     9. Accordingly, the parties mutually request that the May
6 8, 2009, date be vacated and that the matter be continued to
7 July 10, 2009 at 9:00 a.m. for change of plea.

8     10. The parties stipulate that the time is excludable from
9 the time limitations of the Speedy Trial Act because the
10 interests of justice are served by granting a continuance. This
11 continuance, requested by the parties, will permit continuity of
12 counsel, and allow the reasonable time necessary for effective
13 preparation, taking into account the exercise of due diligence.
14 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

15     THE PARTIES THEREFORE STIPULATE that the hearing for change
16 of plea be continued from May 8, 2009 to July 10, 2009, with
17 time continuing to be excluded as specified above, such that the
18 ends of justice served by granting such a continuance outweigh
19 the best interests of the public and the defendant in a speedy
20 trial.

21     Dated: April 28, 2009

23 /s/ SHARI L. WHITE      /s/ TIMOTHY J. LUCEY
    SHARI L. WHITE      TIMOTHY J. LUCEY
24 Attorney for JOSE CASTELLANOS      Assistant U.S. Attorney

26     **ORDER**

27     Good cause appearing, and based upon the stipulation of the
28 parties,

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

3

1   **IT IS HEREBY ORDERED** that the hearing in this matter is
2   continued to July 10, 2009, at the hour of 9:00 a.m. and that
3   time is excluded as stipulated.
4   Dated: April 30, 2009

_____
D. LOWELL JENSEN, Judge
United States District Court

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331