SHARI L. WHITE, SBN 180438
SARA ZALKIN, SBN 223044
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
JOSE CASTELLANOS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,           CR 04-40148 DLJ

    v.                 STIPULATION AND **ORDER** TO
                        CONTINUE STATUS HEARING

JOSE CASTELLANOS,

      Defendant.
_____/

    At the request of the parties, the Court enters this order (1) continuing the hearing presently set for 9:00 a.m., July 10, 2009, to **Tuesday, July 28, 2009 at 2:00 p.m.**, for change of plea; and (2) excluding time under the Speedy Trial Act from July 10, 2009, based on the following:

    1.   Since last appearing before this Court on December 12, 2008, the parties have finally agreed to all material terms of the change of plea, including the offense of conviction.

    2.   What remains is merely reduction to writing and approval by the government, and a reasonable amount of time thereafter for Mr. Castellanos to thoroughly review with his counsel and formalize his assent thereto.

    3.   Accordingly, following discussion the parties mutually request that the July 10, 2009 hearing for change of plea be

1

1  vacated and that the matter be continued to Tuesday July 28,

2  2009 at 2:00 p.m. for change of plea.

3       5.   The parties stipulate that the time is excludable from

4  the time limitations of the Speedy Trial Act because the

5  interests of justice are served by granting a continuance.  This

6  continuance, requested by the parties, will permit continuity of

7  counsel, and allow the reasonable time necessary for effective

8  preparation, taking into account the exercise of due diligence.

9  18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

10      THE PARTIES THEREFORE STIPULATE that the hearing for change

11 of plea be continued from July 10, 2009 to July 28, 2009, with

12 time continuing to be excluded as specified above, such that the

13 ends of justice served by granting such a continuance outweigh

14 the best interests of the public and the defendant in a speedy

15 trial.

16      Dated: July 10, 2009

17

18  /s/ SHARI L. WHITE              /s/ TIMOTHY J. LUCEY
    SHARI L. WHITE                 TIMOTHY J. LUCEY
19 Attorney for JOSE CASTELLANOS   Assistant U.S. Attorney

20                           **ORDER**

21      Good cause appearing, and based upon the stipulation of the

22 parties,

23      **IT IS HEREBY ORDERED** that the hearing in this matter is

24 continued to Tuesday, July 28 2009, at the hour of 2:00 p.m.,

25 and that time is excluded as stipulated.

26      Dated: July 10, 2009

27

28                            _____
                              D. LOWELL JENSEN, Judge
                              United States District Court