UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 04-40148 DLJ |
| v. | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| JOSE CASTELLANOS | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE to continue the sentencing hearing presently set for November 6, 2009, to January 22, 2010.

The requested continuance is predicated upon the need for additional time to facilitate the probation interview of defendant, preparation of the presentence report, and the preparation of all parties prior to sentencing.

A change of plea was entered on July 27, 2009. Sentencing was set for November 6, 2009. Counsel for Mr. Castellanos, Shari L. White, has been engaged in a co-defendant, special circumstance homicide trial in People v. Clifton Wherry (Alameda County Superior Court Docket 523103A), that commenced August 17, 2009, and ended October 8, 2009.

In addition, Christina Carrubba, the United States

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1 Probation Officer assigned to this matter, has not yet
2 interviewed with Mr. Castellanos due to both Ms. White's
3 unavailability and the recent loss of Ms. Carruba's father.
4     The parties further stipulate that time is excludable from
5 the time limitations of the Speedy Trial Act because the
6 interests of justice are served by granting a continuance.  This
7 continuance, requested by the parties, will permit continuity of
8 counsel, and allow the reasonable time necessary for effective
9 preparation, taking into account the exercise of due diligence.
10 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).
11     For all the foregoing reasons, the parties stipulate to a
12 continuance of the sentencing hearing as above set forth.
13     Dated: October 16, 2009

15 /s/ TIMOTHY LUCEY              /s/ SHARI L. WHITE
   TIMOTHY LUCEY                  SHARI L. WHITE
16 Assistant U.S. Attorney        Attorney for JOSE CASTELLANOS

19 **ORDER**

20     Based on the reasons provided in the stipulation of the
21 parties above, the Court hereby finds that the request for a
22 continuance is reasonable, and hereby VACATES the November 6,
23 2009 sentencing hearing as to Defendant Castellanos, and resets
24 same for January 22, 2010, at 10:00 a.m.
25     **IT IS SO ORDERED.**
26     Dated: October 23, 2009

                                        D. LOWELL JENSEN, Judge
                                        United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331